PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALHAMDI BANKASSIM, et al., | Case No.: 1:16-cv-998 LJO EPG |
| Plaintiff, | |
| v. | |
| JEH JOHNSON, et al., | **STIPULATION AND ORDER RE: EXTENSION OF TIME** |
| Defendants. | |

The parties respectfully stipulate that the time for the government to file an answer to the complaint is extended to December 14, 2016, and that the scheduling conference be reset to sometime after the new answer date.  Plaintiff was very recently interviewed by USCIS in conjunction with his pending application, and USCIS is in the process of obtaining other agency files that relate to the adjudication.  The parties will advise if the matter is resolved at the administrative level before the next answer date.

//

//

//

Dated:  October 25, 2016                                  Respectfully submitted,


                                                          s/ Audrey B. Hemesath
                                                          AUDREY B. HEMESATH
                                                          Assistant United States Attorney

                                                          /s/ Julie Ann Goldberg
                                                          JULIE ANN GOLDBERG
                                                          Attorney for the Plaintiffs


**ORDER**

Pursuant to the joint stipulation, the answer date is extended to December 14, 2016, and the scheduling conference is reset to January 17, 2017 at 10:00 am before Magistrate Judge Erica P. Grosjean.  A Joint Scheduling Report, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF one (1) full week prior to the Scheduling Conference and shall be emailed in Word format to epgorders@caed.uscourts.gov. The Joint Scheduling Report shall indicate the date, time, and courtroom of the Scheduling Conference. This information is to be placed opposite the caption on the first page of the Report.

IT IS SO ORDERED.

   Dated:    **October 25, 2016**                    /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE

2